# In the United States District Court
# For the _Middle_ District of Alabama

2:08-CV-184-MEF

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, __Lon Lawhorn Jr.__ declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes ( )    No (✓)

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?    Yes ( )    No (✓)
   b. Rent payments, interest or dividends?    Yes ( )    No (✓)
   c. Pensions, annuities or life insurance payments?    Yes ( )    No (✓)
   d. Gifts or inheritancess?    Yes ( )    No (✓)
   e. Any other sources?    Yes (✓)    No ( )

   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. __Aunt Minnie Odom__ __$50.00__

3. Do you own cash, or do you have money in a checking or savings account?

   Yes (✓)    No ( )    (Include any funds in prison accounts.)

   If the answer is "Yes," state the total value of the items owned. __$.24__

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ( )   No (✓)

   If the answer is "yes," describe the poroperty and state its approximate value.

   _____
   _____
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   _____
   _____
   _____
   _____
   _____
   _____

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

   Executed on __3-4-8__
   (date)

   _____
   Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __.24__ on account to his credit at the __Bibb Correctional Facility__ institution where he is confined on this __3/6/08__
(date)

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.)

1. $ ___see Attached___ on the 1st day of _____
2. $ _____ on the 1st day of _____
3. $ _____ on the 1st day of _____
4. $ _____ on the 1st day of _____
5. $ _____ on the 1st day of _____
6. $ _____ on the 1st day of _____

_____
_____
_____
_____

_____Arthur Stewart, Account Clerk_____
Authorized Officer of Institution

```
MAR. 06, 2008              USER: STEWART, CYNTHIA                    INMADB
                     COMPUTE AVERAGE DAILY BALANCE




          ENTER THE INMATE'S AIS NUMBER ===)   233729

       ENTER THE 'AS OF' DATE (CCYYMMDD) ===)   20080306


           NO RECORDS FOUND WITHIN THE LAST 12 MONTHS
                     PRESS ENTER TO CONTINUE

  MAR. 06, 2008              USER: STEWART, CYNTHIA                  INMACI
       INMATE ACCOUNT INFORMATION FROM OCT. 01, 2007 THRU MAR. 06, 2008

   AIS#:   233729    NAME: FARR, LON LAMAR           CURRENT BAL:     $0.24
  DATE OF     PREVIOUS   TRANS.   NAME OF           TYPE OF    TRANS.    AMOUNT
  TRANS.      BALANCE    NUMBER   SENDER/PAYEE      TRANS.     AMOUNT    DEDUCTE
  -------------------------------------------------------------------------------
                    END OF DATA ON FARR, LON LAMAR









                     PRESS ENTER TO CONTINUE
```