Case Number

___  ___  _____
ID   YR   NUMBER
**(To be completed by Court Clerk)**

RECEIVED

# IN FORMA PAUPERIS DECLARATION

___District Court of The United States – Middle District of Alabama___
[insert appropriate court]

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

___Robert D. Duck, Jr___         2:08-CV-184-MEF
(Petitioner)

vs.

___Governor Bob Riley - Att. General Troy King - Ala. Dept. of Public Safety___
(Respondent(s))

### DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, ___Robert D. Duck, Jr___, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?     Yes _____     No ✓

    a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. ___N/A___

    b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received. ___May 2003 – 2500.00___

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession, or other form of self-employment?
       Yes _____     No ✓

    b. Rent payments, interest, or dividends?
       Yes _____     No ✓

    c. Pensions, annuities, or life insurance payments?
       Yes _____     No ✓

    d. Gifts or inheritances?
       Yes _____     No ✓

    e. Any other sources?
       Yes _____     No ✓

2

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months. N/A

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____    No ✓

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned. N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____    No ✓

   If the answer is "yes", describe the property and state its approximate value. N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. N/A

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __March 6, 2008__.
              (Date)

_____Robert D. Duck Jr._____
Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __36__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said __Bibb Correctional Facility__ institution:

None

__3/7/08__
DATE

__Cynthia Stewart, Account Clerk__
AUTHORIZED OFFICER OF INSTITUTION

Rule 32

3

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                     BIBB COUNTY CF


AIS #: 238080      NAME: DUCK, ROBERT DONALD JR        AS OF: 03/07/2008

                    # OF      AVG DAILY       MONTHLY
           MONTH    DAYS       BALANCE        DEPOSITS
    ----------------------------------------------------------------

           MAR       24        $12.06          $0.00
           APR       30        $51.56        $325.00
           MAY       31        $83.24         $50.00
           JUN       30        $27.80         $80.00
           JUL       31         $4.95         $25.00
           AUG       31       $134.82        $425.00
           SEP       30        $95.64        $100.00
           OCT       31        $10.57         $25.00
           NOV       30        $12.48        $100.00
           DEC       31         $0.07          $0.00
           JAN       31        $11.25         $50.00
           FEB       28         $1.39          $0.00
           MAR        7         $0.36          $0.00
```