IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

PAUL HAROLD SMITH, #161 990             *
LON LAMAR FARR, #233 729
CHRISTOPHER DAVID LEE, #191 746         *
ROBERT DONALD DUCK, JR., #238 080
                                         *
    Plaintiffs,
                                         *
       v.                                  2:08-CV-184-MEF
                                         *
BOB RILEY, GOVERNOR OF ALABAMA,
*et al.*,                                *
    Defendants.

_____

# O R D E R

Paul Smith, Lon Farr, Christopher Lee, and Robert Duck, Jr., inmates presently confined at the Bibb County Correctional Facility, filed this 42 U.S.C. § 1983 action challenging the constitutionality of actions taken against them at the aforementioned facility with respect to their registering as sex offenders under the Alabama Community Notification Act, *Ala. Code* 1975 § 15-20-20 et seq. (1975, as amended). Each inmate filed a motion for leave to proceed *in forma pauperis* pursuant to the provisions of 28 U.S.C. § 1915(d). The Prison Litigation Reform Act of 1996, however, requires "each individual prisoner to pay the full amount of the required [filing] fee." *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001). Consequently, multiple prisoners are not entitled to enjoin their claims in a single cause of action. *Id.* Accordingly, the Clerk of this court is

hereby DIRECTED to:

    1. Open four (4) separate civil actions - one for each inmate listed in the style of the instant complaint. The Clerk is advised that the case number of the present cause of action shall be assigned to inmate Paul Smith;

    2. Assign the newly opened case to the Magistrate Judge and District Judge to which the instant cause of action is assigned;

    3. Place the original complaint (*Doc. No. 1*) in the instant case file;

    4. Place a copy of the complaint (*Doc. No. 1*), the *in forma pauperis* affidavit filed by inmates Farr (*Doc. No. 3*), Lee (*Doc. No. 4*), and Duck, Jr., (*Doc. No. 5*), and a copy of the motion for class action status and motion for appointment of counsel (*Doc. No. 6*) in the newly opened case.

    Done, this 19th day of March 2008.

                      /s/ Terry F. Moorer
                      TERRY F. MOORER
                      UNITED STATES MAGISTRATE JUDGE